# IN THE SUPREME COURT OF THE STATE OF NEVADA

AMMAR ASIM FARUQ HARRIS, A/K/A
AMMAR ASIMFARUQ HARRIS,
          Appellant,
          vs.
THE STATE OF NEVADA,
          Respondent.

No. 84676

FILED

MAY 26 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court minute "Order denying Ex Parte Motion For Order to Represent Self and Motion to Withdraw Counsel entered in this action on April 27th, 2022." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule provides for an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-16719

cc:    Hon. Kathleen E. Delaney, District Judge
Ammar Asim Faruq Harris
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk